**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

THEODORE LAVERN CHAIRES,

    Petitioner,

v.                                    CASE NO. 4:11cv415-MP-WCS

LEON COUNTY JAIL,

    Respondent.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 1, 2011. (Doc. 10). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED without prejudice and a certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Proceedings Under 28 U.S.C. § 2255.

    **DONE and ORDERED** this 30th day of December, 2011.

                              *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS
                              CHIEF UNITED STATES DISTRICT JUDGE**